JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ROBERT PAUL DAVIS,

    Petitioner,

vs.

JEFFREY BEARD, SECRETARY OF CORRECTIONS AND REHABILITATION, STATE OF CALIFORNIA,

    Respondent.

Case No. CV 13-5215-DMG (DTB)

**J U D G M E N T**

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is dismissed with prejudice.

DATED: March 31, 2015

                                            DOLLY M. GEE
                                            UNITED STATES DISTRICT JUDGE